UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVELPOSTER,<br><br>        Plaintiff,<br><br>   v.<br><br>JAVITCH CANFIELD GROUP, et al.,<br><br>        Defendants. | Case No. 13-cv-05186-WHO<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

On December 4, 2013, defendant Daniel Canfield filed a motion to dismiss. Under Civil Local Rule 7-3, the plaintiff had until December 18, 2013, to file any opposition brief. The plaintiff has not done so.

The Court ORDERS the plaintiff to show cause why the Complaint should not be dismissed as to Mr. Canfield for failure to prosecute by January 9, 2014. If the plaintiff intends to oppose the motion to dismiss, the opposition brief shall also be filed by that date. Canfield may file a reply brief by January 16, 2014. A hearing on both this Order to Show Cause and the motion to dismiss will be set on February 19, 2014. The Court will dismiss Mr. Canfield from this action if the plaintiff fails to timely file a response to this Order and the motion to dismiss.

The Clerk shall mail a copy of this order to Mr. Canfield.

**IT IS SO ORDERED.**

Dated: January 2, 2014

WILLIAM H. ORRICK
United States District Judge