UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOVELPOSTER,

    Plaintiff,

    v.

JAVITCH CANFIELD GROUP, et al.,

    Defendants.

Case No. 13-cv-05186-WHO

**SCHEDULING ORDER**

Re: Dkt. Nos. 16, 17

The parties have agreed to a briefing and hearing schedule on defendant Dan Canfield's Motion to Dismiss (Dkt. No. 16). Accordingly, the Order to Show Cause (Dkt. 20) and the deadlines and hearings therein are VACATED.

Plaintiff's response in opposition to the Motion to Dismiss shall be filed by January 9, 2014.

Defendant's reply, if any, shall be filed by January 28, 2014.

The motion hearing is scheduled for February 19, 2014, at 2:00 p.m. in Courtroom 2, 17th Floor, San Francisco, California. The Case Management Conference previously set for February 4, 2014, is VACATED and will take place immediately following the motion hearing.

**IT IS SO ORDERED.**

Dated: January 6, 2014

WILLIAM H. ORRICK
United States District Judge