UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVELPOSTER,<br><br>            Plaintiff,<br><br>    v.<br><br>JAVITCH CANFIELD GROUP, et al.,<br><br>            Defendants. | Case No. 13-cv-05186-WHO<br><br>**ORDER REQUIRING ATTENDANCE OF PARTIES AT HEARING ON JULY 9, 2014**<br><br>Re: Dkt. No. 68 |

       The litigation of this case is proceeding well outside normal boundaries, particularly for a matter of its magnitude. I have tried to suggest, directly and indirectly, that the resources being expended are disproportionate to (and have probably exceeded) the likely outcome and that the parties are ill-served by the manner in which it is progressing. Yet on it rolls. I do not know whether my perspective has been clearly made known to the parties, so I intend to do so personally.

       On July 9, 2014, each of the parties to this action shall appear at the Court's law and motion calendar, which starts at 2 p.m. in Courtroom 2, 17th floor, 450 Golden Gate Avenue, San Francisco, California. When the case is called, the parties should accompany counsel to counsel table. The Court will first address the pending motion for judgment on the pleadings. Second, the Court will address any lingering discovery disputes. In this regard, the parties and their counsel are directed to comply with their obligations under the Federal Rules of Civil Procedure and urged to act cooperatively to resolve any contested matters. A joint letter specifying any remaining issues (not whether one side thinks the other side is acting badly, but what the actual discovery

problem is) may be filed on July 7, 2014.  Third, the Court will address the parties and counsel regarding the way this case is being litigated.

**IT IS SO ORDERED**.

Dated:  June 30, 2014



WILLIAM H. ORRICK
United States District Judge