I. NEEL CHATTERJEE (SBN 173985)
Email: nchatterjee@orrick.com
SCOTT LINDLAW (SBN 282625)
Email: slindlaw@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401

Attorneys for Defendant
MARK JAVITCH, DANIEL CANFIELD, AND THE
JAVITCH GROUP LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVELPOSTER, a California general partnership,<br><br>Plaintiff,<br><br>v.<br><br>JAVITCH CANFIELD GROUP, a business entity form unknown, et al.,<br><br>Defendant. | 3:13-cv-05186-WHO<br><br>**DECLARATION OF SCOTT LINDLAW IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' OPPOSITION TO PLAINTIFF AND COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:           January 7, 2015<br>Time:          2:00 P.M.<br>Courtroom: 2, 17th Floor<br>Judge:         Honorable William H. Orrick<br>Trial Date:  April 6, 2015 |
| THE JAVITCH GROUP LLC, a Nebraska limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NOVELPOSTER, MATTHEW GRINBERG aka MATVEY GRINBERG and ALEX YANCHER, individuals,<br><br>Counter-Defendants. | |

**DECLARATION OF SCOTT LINDLAW ISO DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT – CASE NO.3:13-CV-05186-WHO**

I, SCOTT LINDLAW, declare as follows:

1. I am a member of the Bar of the State of California, admitted to the Northern District of California, and one of the attorneys for Defendants Mark Javitch, Daniel Canfield, and the Javitch Group LLC in the above-captioned matter. I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion for Summary Judgment. If called as a witness, I could and would testify to the following based on my own personal knowledge.

2. Attached hereto as **Exhibit V** is a true and accurate copy of excerpts of Plaintiff's Responses to Defendants' Written Interrogatories, Set One, dated May 28, 2014.

3. Attached hereto as **Exhibit W** is a true and accurate copy of excerpts of Plaintiff's Responses to Defendants' Request for Production of Documents, Set One, dated May 30, 2014.

4. Attached hereto as **Exhibit X** is a true and accurate copy of excerpts of Defendants' Rule 26(a)(2)(D) Rebuttal Expert Witness Disclosures in Response to Plaintiff's Expert Witness Report by Mr. Don Schwartz, dated November 7, 2014.

5. Attached hereto as **Exhibit Y** is a true and correct copy of the declaration of Matt Grinberg, dated September 23, 2014.

6. Attached hereto as **Exhibit Z** is a true and correct copy of an email exchange dated May 3-9, 2013 between Matt Grinberg, Alex Yancher, Dan Canfield, and Mark Javitch. It was produced by NovelPoster and Bates stamped AMENDED_NP000222-000224.

7. Attached hereto as **Exhibit AA** is a true and correct copy of the LinkedIn profile of Mark Javitch, as it appeared on Dec. 17, 2014.

8. Attached hereto as **Exhibit BB** is a true and correct copy of the Certificate of Registration issued by the California Secretary of State as to The Javitch Group LLC.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on December 17, 2014 in San Francisco, California.

/S/ Scott Lindlaw
Scott Lindlaw