UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVELPOSTER,<br><br>        Plaintiff,<br><br>    v.<br><br>JAVITCH CANFIELD GROUP, et al.,<br><br>        Defendants. | Case No. 13-cv-05186-WHO<br><br>**ORDER INSTRUCTING PARTIES TO SUBMIT JOINT STATEMENT AND RESCHEDULING HEARING**<br><br>Re: Dkt. No. 176 |

    On December 22, 2014, the parties submitted a joint letter stating that counterdefendant Matthew Grinberg wishes to amend and/or withdraw his response to a request for admission, and inquiring how this issue should be raised with the Court.

    The parties are instructed to file a joint statement regarding the issue on or before January 5, 2015. The joint statement shall be filed with me and shall comply with the "Discovery Disputes" section of my Standing Order for Civil Cases.

    The hearing on the pending motion to dismiss, Dkt. No. 148, and motions for summary judgment, Dkt. Nos. 150, 155, currently set for January 7, 2015, is VACATED and rescheduled for January 14, 2015 at 2:00 p.m.

    **IT IS SO ORDERED**.

Dated: December 29, 2014



WILLIAM H. ORRICK
United States District Judge