UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOVELPOSTER,

    Plaintiff,

  v.

JAVITCH CANFIELD GROUP, et al.,

    Defendants.

Case No. 13-cv-05186-WHO

**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING**

Re: Dkt. No. 185

    The parties jointly request that the hearing on the pending motion to dismiss and motions for summary judgment be rescheduled from January 14, 2015 to January 21, 2015. *See* Dkt. No. 185. The parties also request that the deadline for the filing of their joint statement regarding Matthew Grinberg's wish to amend and/or withdraw his response to a request for admission be moved from January 5, 2015 to January 12, 2015. *See id.*

    The requests are GRANTED. The hearing in this case currently set for January 14, 2015 is VACATED and rescheduled for January 21, 2015 at 2:00 p.m. The joint statement previously due on or before January 5, 2015 is now due on or before January 12, 2015.

    **IT IS SO ORDERED**.

Dated: January 5, 2015

_____
WILLIAM H. ORRICK
United States District Judge