**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL MINUTE ORDER</u>

**MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY**

**CASE NAME: NovelPoster v. Javitch Canfield Group, et al**

**CASE NO.  C13-5186 WHO (JSC)**

**COURT ROOM DEPUTY: Tracy Lucero**

**DATE: February 3, 2015          TIME: 7 hours 50 minutes          COURT REPORTER: N/A**

<u>COUNSEL FOR PLAINTIFF:</u>                <u>COUNSEL FOR DEFENDANT:</u>

**David Nied**                                                **Carlton Willey**
**Keenan W. Ng**

**PROCEEDINGS**

**[]          TELEPHONE SETTLEMENT SCHEDULING CONFERENCE**

**[x]         SETTLEMENT CONFERENCE - HELD**

**[]          DISCOVERY CONFERENCE**

**[]          STATUS CONFERENCE RE:**

**[]          TELEPHONIC CONFERENCE RE:**

**[]          OTHER:**


**CASE CONTINUED TO:                          FOR:**


**NOTES: Case settled in full with signed term sheet.**


**cc:**

**\*T=Telephone Appearance**