UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOVELPOSTER,

        Plaintiff,

   v.

JAVITCH CANFIELD GROUP, et al.,

        Defendants.

Case No. 13-cv-05186-WHO

**ORDER OF DISMISSAL UPON SETTLEMENT**

    On February 3, 2015, the parties to this action, by and through their counsel, notified the Court that they have agreed to a settlement.  Accordingly, this matter is DISMISSED WITH PREJUDICE.  All scheduled hearings are VACATED and all pending motions are TERMINATED.   If any party certifies to this Court, with proper notice to opposing counsel and within sixty (60) days from the date of this order, that settlement has not in fact occurred, this order shall be vacated and this case shall be restored to the calendar for further proceedings.

    **IT IS SO ORDERED**.

Dated: February 4, 2015



WILLIAM H. ORRICK
United States District Judge